**Donald Morris LEE, Petitioner-Appellant,**

v.

**State of WASHINGTON, Respondent-Appellee.**

No. 16-35472

United States Court of Appeals,
Ninth Circuit.

Submitted May 8, 2017 *

Filed May 11, 2017

Donald Morris Lee, Pro Se

Before: REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

MEMORANDUM **

Washington state prisoner Donald Morris Lee appeals pro se from the district court's judgment dismissing his "RICO Complaint by a Civilian." We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to state a claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), *see Howard v. Am. Online Inc.*, 208 F.3d 741, 746 (9th Cir. 2000), and we affirm.

Although Lee's action was docketed as a 28 U.S.C. § 2241 habeas petition, Lee is not seeking habeas relief, as the district court noted. Instead, he alleges a RICO

violation premised upon someone allegedly forging a judge's signature on orders in his state court proceedings. The district court properly dismissed Lee's action because he failed to allege facts sufficient to state a plausible RICO claim. *See Sedima, S.P.R.L. v. Imrex Co., Inc.*, 473 U.S. 479, 496, 105 S.Ct. 3275, 87 L.Ed.2d 346 (1985) (elements of RICO claim); *Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are to be liberally construed, a plaintiff must present factual allegations sufficient to state a plausible claim for relief).

All pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

